```
                                          IN RE
                                          JONAS D. GARNER
                                          2026 SAM POWELL DAIRY ROAD

  1500153-Trustee-A-Rich                  ROANOKE RAPIDS, NC 27870
  LENITA WEBB ARRINGTON                              SSN or Tax I.D.   XXX-XX-1480
  1027 EAST TENTH STREET
  ATTORNEY AT LAW
  ROANOKE RAPIDS, NC 27870




  Richard M. Stearns
  1015 Conference Dr.
  Greenville, NC 27858
                                          Chapter 13
                                          Case Number:   15-00153-5-SWH
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 05/25/2015, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                      U.S. Bankruptcy Court
                      PO Box 791
                      Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| JONAS D. GARNER | LENITA WEBB ARRINGTON | Richard M. Stearns |
| 2026 SAM POWELL DAIRY ROAD | 1027 EAST TENTH STREET | 1015 Conference Dr. |
| ROANOKE RAPIDS, NC 27870 | ATTORNEY AT LAW | Greenville, NC 27858 |
|  | ROANOKE RAPIDS, NC 27870 |  |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date: April 23, 2015                      Richard M. Stearns
                                          Chapter 13 Trustee
                                          1015 Conference Dr.
                                          Greenville, NC 27858
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:                                                          CASE NUMBER:  15-00153-5-SWH

**JONAS D. GARNER**

**CHAPTER 13**

DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on March 12, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case.  The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors.  The debtor(s) plan provides for payments of:

    $1670.00 PER MONTH FOR 60 MONTHS.

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before May 5, 2015 ("Bar Date") shall be disallowed.  Claims of governmental units, proofs of which are not filed before July 8, 2015 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|

NONE

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
.

| Creditor | Collateral |
|---|---|

NONE

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #008 ALLY FINANCIAL | 2014 CHEVY CAMARO | $26,460.56; TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |
| #010 SANTANDER CONSUMER USA | 2014 DODGE DURANGO | $36,873.07; TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |
| #012 SCHEWEL FURNITURE | HHG | $1,470.16; TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #011 ONEMAIN FINANCIAL SERVICES, INC. | 2006 DODGE CHARGER | $3,500.00 SECURED<br><br>$1,601.00 UNSECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |

e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #009 CENTURY FINANCE | MONEY | **AVOIDED** PER ORDER: 04-15-2015 |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

    #013 UNITED CONSUMER FINANCIAL SERVICES, KIRBY VACCUM, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL.  THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED.

    Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion.  The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00.  The Trustee recommends to the Court a fee of $3,700.00.  If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

                                                RICHARD M. STEARNS

                                                _____

                                                Standing Chapter 13 Trustee

## EXHIBIT 'A'

**DEBTORS:** JONAS GARNER  **CASE NUMBER:** 15-00153-5-SWH

**EMPLOYMENT:**

Debtor: BOARS HEAD PROVISIONS & FAMILY CONTRIBUTIONS    **GROSS INCOME:** $5,206.20

Spouse: N/A

**Prior Bankruptcy cases:** Yes ☐   No ☒   If so, Chapter ____ filed ____

Disposition:

**Real Property:** House and Lot ☐  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☐

Description:  N/A

| | | |
|---|---|---|
| FMV | | Date Purchased |
| Liens | | Purchase Price |
| Exemptions | | Improvements |
| Equity | $ 0.00 | Insured For |
| Rent | | Tax Value |

| | | |
|---|---|---|
| Description | | |
| FMV | | Date Purchased |
| Liens | | Purchase Price |
| Exemption | | Improvements |
| Equity | $ 0.00 | Insured For |
| Rent | | Tax Value |

**COMMENTS:**

**Attorney Fees:**
- Requested: $3,700.00 (excluding filing fee)
- Paid: $323.00 (excluding filing fee)
- Balance: $3,377.00

**Trustee's Recommendation:** $3,700.00

Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $88,798.12 | Pay in | $100,200.00 | Priority | 0.00% |
| Priority | $0.00 | Less  8.00% | $8,016.00 | Secured | 100.00% |
| Secured | $77,808.60 | Subtotal | $92,184.00 | Unsecured | 100.00% |
| Unsecured | $10,989.52 | Req. Atty. Fee | $3,377.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $88,807.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

**Annual Review:** Yes ☒   No ☐
**Payroll Deduction:** Yes ☐   No ☒

Objection to Confirmation:   Yes ☐   No ☒

       Pending:
       Resolved:

<u>Motions Filed:</u>　　　　Yes　☐　　No　☒

       If so, indicate type and status:

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1500153 | TRUSTEE: 54 | COURT: 278 | Page 1 of 2 |
| TASK: 04-22-2015.00778172.LSA000 | | DATED: 04/23/2015 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Richard M. Stearns | 1015 Conference Dr.<br>Greenville, NC 27858 |
| Debtor | | JONAS D. GARNER | 2026 SAM POWELL DAIRY ROAD<br>ROANOKE RAPIDS, NC 27870 |
| 799 | 000002 | LENITA WEBB ARRINGTON<br>ATTORNEY AT LAW | 1027 EAST TENTH STREET<br>ROANOKE RAPIDS, NC 27870 |
| 015 | 000015 | CAVALRY SPV I, LLC | 500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 |
| 017 | 000017 | CAVALRY SPV I, LLC | 500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 |
| IRS | 000005 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| ATYGEN | 000003 | ATTORNEY GENERAL<br>10TH ST. & CONSITUTION AVENUE NW | 5137 ROBERT F. KENNEDY BLDG.<br>WASHINGTON, DC 20530 |
| 014 | 000014 | VIRGINIA DEPT OF CHILD SUPPROT<br>POB OX 595 | DIVISION OF CHILD SUPPORT<br>RICHMOND, VA 23218 |
| 019 | 000019 | DOMINION POWER<br>PO BOX 26543 | ATTN: BKR. DEPT<br>RICHMOND, VA 23290-0001 |
| 021 | 000021 | SHEREE HICKS | 715 PARHAM STREET<br>EMPORIA, VA 23847 |
| 012 | 000012 | SCHEWEL FURNITURE<br>ATTN: RACHEL CREMEANS | POB 6120<br>LYNCHBURG, VA 24505-6120 |
| USATTY | 000007 | US ATTORNEY<br>310 NEW BERN AVE, FEDERAL BLDG | ATTN: CIVIL PROCESS CLERK, STE 800<br>RALEIGH, NC 27601-1461 |
| NCREV | 000006 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| ESC | 000004 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 009 | 000009 | CENTURY FINANCE | 621 JULIAN ALLSBROOK HIGHWAY<br>ROANOKE RAPIDS, NC 27870-4612 |
| 018 | 000018 | CATO<br>BANKRUPTCY DEPT. | 8100 DEMARK ROAD<br>CHARLOTTE, NC 28273-0000 |
| 020 | 000020 | SPRINGLEAF FINANCIAL<br>PO BOX 3251 | 600 N. ROYAL AVENUE<br>EVANSVILLE, IN 47715-2612 |
| 008 | 000008 | ALLY FINANCIAL | P.O. BOX 130424<br>ROSEVILLE, MN 55113-0004 |
| 011 | 000023 | ONEMAIN FINANCIAL SERVICES INC | POB 6042<br>SIOUX FALLS, SD 57117-6042 |
| 011 | 000011 | ONEMAIN FINANCIAL SERVICES INC | POB 6042<br>SIOUX FALLS, SD 57117-6042 |
| 010 | 000010 | SANTANDER CONSUMER USA<br>PO BOX 961275 | D/B/A CHRYSLER CAPITAL<br>FORT WORTH, TX 76161-1245 |
| 016 | 000016 | CAPITAL ONE | P.O. BOX 30253<br>SALT LAKE CITY, UT 84130-0253 |
| 013 | 000013 | UNITED CONSUMER FINANCIAL SERVICES<br>3936 E FT LOWELL SUITE 200 | C/O BASS & ASSOCIATES PC<br>TUCSON, AZ 85712 |

```
CASE: 1500153        TRUSTEE: 54           COURT: 278                              Page 2 of 2
TASK: 04-22-2015.00778172.LSA000           DATED: 04/23/2015

022      000022    UNITED CONSUMER FINANCIAL SERVICES    C/O BASS & ASSOCIATES PC
                   3936 E FT LOWELL SUITE 200            TUCSON, AZ 85712
                                                                                   25 NOTICES
         THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 04/23/2015.
         I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
         EXECUTED ON    04/23/2015    BY  /S/EPIQ Systems, Inc.
```

*CM - Indicates notice served via Certified Mail