050715.0014.54.00778552.002                                                    1500153.Trustee.278

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of North Carolina Greenville Division**
Case 15-00153-5-SWH   Doc 16   Filed 05/08/15   Entered 05/08/15 10:31:35   Page 1 of 7

```
                                        IN RE
                                        JONAS D. GARNER
                                        710 HALIFAX ST.

   1500153-Trustee-A-Rich
   LENITA WEBB ARRINGTON                EMPORIA, VA 23847
   1027 EAST TENTH STREET                        SSN or Tax I.D.  XXX-XX-1480
   ATTORNEY AT LAW
   ROANOKE RAPIDS, NC 27870




   Richard M. Stearns
   1015 Conference Dr.
   Greenville, NC 27858                  Chapter 13
                                         Case Number:  15-00153-5-SWH
```

```
                    NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before 06/08/2015, you or your attorney must file with
the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                    U.S. Bankruptcy Court
                    PO Box 791
                    Raleigh, NC  27602


If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

Debtor(s):                      Attorney:                       Trustee:
JONAS D. GARNER                 LENITA WEBB ARRINGTON           Richard M. Stearns
710 HALIFAX ST.                 1027 EAST TENTH STREET          1015 Conference Dr.
EMPORIA, VA 23847               ATTORNEY AT LAW                 Greenville, NC 27858
                                ROANOKE RAPIDS, NC 27870




If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

Date: May 07, 2015                       Richard M. Stearns
                                         Chapter 13 Trustee
                                         1015 Conference Dr.
                                         Greenville, NC 27858
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:                                        CASE NUMBER:  15-00153-5-SWH

      JONAS D. GARNER

                                                     CHAPTER 13

      DEBTOR(S)

### MINUTES OF 341 MEETING AND
### MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on March 12, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   $1670.00 PER MONTH FOR 60 MONTHS.

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before May 5, 2015 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before July 8, 2015 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

   a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|----------|-----------|---------------------|

NONE

    b.  Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation.  Arrearages, if any, to be paid over the life of the plan.  Two post-petition contractual payments shall be included in the arrearage claim.  **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
.

| <u>Creditor</u> | <u>Collateral</u> |
|---|---|

NONE

    c.  Claims paid to extent of claims as filed (no cramdown):

| <u>Creditor</u> | <u>Collateral</u> | <u>Repayment Rate/Term</u> |
|---|---|---|
| #008 ALLY FINANCIAL | 2014 CHEVY CAMARO | $26,460.56; TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |
| #010 SANTANDER CONSUMER USA | 2014 DODGE DURANGO | $36,873.07; TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |
| #012 SCHEWEL FURNITURE | HHG | $1,470.16; TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |

    d.  Claims paid to extent of value:

| <u>Creditor</u> | <u>Collateral</u> | <u>Present Value</u> | <u>Repayment Rate/Term</u> |
|---|---|---|---|
| #011 ONEMAIN FINANCIAL SERVICES, INC. | 2006 DODGE CHARGER | $3,500.00 SECURED<br><br>$1,601.00 UNSECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5 1/4% INTEREST.** |

    e.  Claims to be avoided by the debtor:

| <u>Creditor</u> | <u>Collateral</u> | <u>Repayment Rate/Term</u> |
|---|---|---|
| #009 CENTURY FINANCE | MONEY | **AVOIDED** PER ORDER: 04-15-2015 |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

   #013 UNITED CONSUMER FINANCIAL SERVICES, KIRBY VACCUM, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL. THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED.

   Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

RICHARD M. STEARNS

_____
Standing Chapter 13 Trustee

**EXHIBIT 'A'**

| | | | |
|---|---|---|---|
| **DEBTORS:** | JONAS GARNER | **CASE NUMBER:** | **15-00153-5-SWH** |

**EMPLOYMENT:**

Debtor:  BOARS HEAD PROVISIONS & FAMILY CONTRIBUTIONS    GROSS INCOME:  $5,206.20

Spouse:  N/A

**Prior Bankruptcy cases:**  Yes ☐  No ☒  If so, Chapter ___ filed ___

Disposition:

**Real Property**: House and Lot ☐ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐

Description:  N/A

| | | | |
|---|---|---|---|
| FMV | | Date Purchased | |
| Liens | | Purchase Price | |
| Exemptions | | Improvements | |
| Equity | $  0.00 | Insured For | |
| Rent | | Tax Value | |

| | | | |
|---|---|---|---|
| Description | | | |
| FMV | | Date Purchased | |
| Liens | | Purchase Price | |
| Exemption | | Improvements | |
| Equity | $  0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS**:

| **Attorney Fees**: | Requested: | $3,700.00 | (excluding filing fee) |
|---|---|---|---|
| | Paid: | $323.00 | (excluding filing fee) |
| | Balance: | $3,377.00 | |

**Trustee's Recommendation:**    $3,700.00

Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $88,798.12 | Pay in | $100,200.00 | Priority | 0.00% |
| Priority | $0.00 | Less    8.00% | $8,016.00 | Secured | 100.00% |
| Secured | $77,808.60 | Subtotal | $92,184.00 | Unsecured | 100.00% |
| Unsecured | $10,989.52 | Req. Atty. Fee | $3,377.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $88,807.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | **Annual Review:** | Yes | ☒ | No | ☐ |
| | **Payroll Deduction:** | Yes | ☐ | No | ☒ |
| Objection to Confirmation: | | Yes | ☐ | No | ☒ |

Pending:
Resolved:

<u>Motions Filed:</u>        Yes    ☐        No    ☒

      If so, indicate type and status:

Hearing Date:

0014

# CERTIFICATE   OF   MAILING

CASE: 1500153          TRUSTEE: 54          COURT: 278                                              Page 1 of 1
TASK:  05-06-2015.00778552.LSA000          DATED:  05/07/2015

Court                          Served Electronically


Trustee                        Richard M. Stearns                              1015 Conference Dr.
                                                                               Greenville, NC 27858

Debtor                         JONAS D. GARNER                                 710 HALIFAX ST.
                                                                               EMPORIA, VA 23847

799          000002            LENITA WEBB ARRINGTON                           1027 EAST TENTH STREET
                               ATTORNEY AT LAW                                 ROANOKE RAPIDS, NC 27870

                                                                                                    4 NOTICES

        THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  05/07/2015.
        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
        EXECUTED ON    05/07/2015   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail