## United States Bankruptcy Court
### Eastern District of North Carolina Greenville Division

IN RE

1500153                                          JONAS D. GARNER
LENITA WEBB ARRINGTON                             710 HALIFAX ST.
1027 EAST TENTH STREET
ATTORNEY AT LAW                                   EMPORIA, VA 23847
ROANOKE RAPIDS, NC 27870                                      SSN or Tax I.D. XXX-XX-1480


United States Bankruptcy Court
PO Box 791                                       Other Names Used:
Raleigh, NC 27602


CLAIM NO:  -Court-A                Unit


## MOTION TO DISMISS

The undersigned Chapter 13 Trustee moves the Court to dismiss the above case because of the failure of the debtor(s) to comply with the Plan, and

   FAILURE TO MAKE PLAN PAYMENTS.


The debtor(s) is (are) hereby notified that if a written response is not filed by the debtor(s) with the Trustee setting out reasons for the delinquency, the proposed method for bringing the Plan to a current status and a request for hearing within twenty-one (21) days of the date of this motion, then the Court will  summarily  rule on said motion without further notice.


DATED:  July 31, 2015                      /S/ Richard M. Stearns
_____

                                           Richard M. Stearns
                                           Chapter 13 Trustee


The debtor(s) are delinquent in the amount of $3,305.00 which is 1.97 payments as of the above date.

CASE: 1500153　　TRUSTEE: 54　　COURT: 278　　Page 1 of 1
TASK: 07-30-2015.00787985.BLB004　　DATED: 07/31/2015

Court　　Served Electronically

Debtor　　JONAS D. GARNER　　710 HALIFAX ST.
EMPORIA, VA 23847

799　　000002　　LENITA WEBB ARRINGTON　　1027 EAST TENTH STREET
ATTORNEY AT LAW　　ROANOKE RAPIDS, NC 27870

3 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 07/31/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON　07/31/2015　BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail